AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER: 08 C 0019

V.

ASSIGNED JUDGE: JOAN H. LEFKOW

J & L MANAGEMENT CORPORATION, an Ohio corporation

DESIGNATED
MAGISTRATE JUDGE: MICHAEL T. MASON

TO: (Name and address of Defendant)

J & L Management Corporation
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Chapman
Beverly P. Alfon
Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: JAN 03 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  January 7, 2008 |
| NAME OF SERVER (PRINT)  Eli B. Freiburg | TITLE  Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Left copies with Dawn Schulz, Sr. Process Specialist, CT Corporation System, Registered Agent for J & L Management, 208 S. LaSalle Street, Suite 814, Chicago, IL  60604

| STATEMENT OF SERVICE FEES |  |  |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 7, 2008        *[signature]*
              Date                   Signature of Server

                        200 W. Adams St., Ste. 2200, Chicago, IL 60606
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.