IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0019 |
| | ) | |
| J & L MANAGEMENT CORPORATION, | ) | JUDGE JOAN H. LEFKOW |
| an Ohio corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, J & L MANAGEMENT CORPORATION, an Ohio corporation, in the total amount of $18,743.28, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $597.50.

On January 7, 2009, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Dawn Schulz, Senior Process Specialist) at its place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 27, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 12th day of February 2008:

      C T Corporation System, Registered Agent
      J & L Management Corporation
      208 S. LaSalle Street, Suite 814
      Chicago, IL   60604

      Mr. Philip Kennedy, President
      J & L Management Corporation
      15 N. Walnut Street, Suite 300
      Mt. Clemens, MI   48043


                /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\J & L\motion for default judgment.bpa.df.wpd