IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0019 |
| | ) | |
| J & L MANAGEMENT CORPORATION, | ) | JUDGE JOAN H. LEFKOW |
| an Ohio corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  C T Corporation System, Registered Agent        Mr. Philip Kennedy, President
      J & L Management Corporation                      J & L Management Corporation
      208 S. LaSalle Street, Suite 814                     15 N. Walnut Street, Suite 300
      Chicago, IL   60604                                        Mt. Clemens, MI   48043

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **19th** day of **February 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Joan H. Lefkow, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment. A copy of said motion is hereby served upon you.

                                                                              /s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 12th day of February 2008:

        C T Corporation System, Registered Agent
        J & L Management Corporation
        208 S. LaSalle Street, Suite 814
        Chicago, IL   60604

        Mr. Philip Kennedy, President
        J & L Management Corporation
        15 N. Walnut Street, Suite 300
        Mt. Clemens, MI   48043

                          /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\J & L\notice of motion.bpa.df.wpd