IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0019 |
| | ) | |
| J & L MANAGEMENT CORPORATION, | ) | JUDGE JOAN H. LEFKOW |
| an Ohio corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  C T Corporation System, Registered Agent         Mr. Philip Kennedy, President
     J & L Management Corporation                     J & L Management Corporation
     208 S. LaSalle Street, Suite 814                 15 N. Walnut Street, Suite 300
     Chicago, IL  60604                               Mt. Clemens, MI  48043

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\J & L\notice of dismissal.bpa.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 18th day of February 2008:

        C T Corporation System, Registered Agent
        J & L Management Corporation
        208 S. LaSalle Street, Suite 814
        Chicago, IL   60604

        Mr. Philip Kennedy, President
        J & L Management Corporation
        15 N. Walnut Street, Suite 300
        Mt. Clemens, MI   48043

                    /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\J & L\notice of dismissal.bpa.df.wpd