# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

William E. Dugan, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:08–cv–00019
                                                      Honorable Joan H. Lefkow

J & L Management Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Plaintiffs' motion for entry of
default and judgment [8] withdrawn. Pursuant to Notice of Voluntary Dismissal [12], case
dismissed without prejudice. Civil case terminated.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.